IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Kemba

Printed: 11/25/08

Case Number: 06 B 00232
Judge: Wedoff, Eugene R

Filed: 1/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 7, 2008
Confirmed: March 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,551.20 |  |
| Secured: |  | 1,405.52 |
| Unsecured: |  | 10,583.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,226.00 |
| Trustee Fee: |  | 824.34 |
| Other Funds: |  | 511.74 |
| Totals: | 15,551.20 | 15,551.20 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,226.00 | 2,226.00 |
| 2. | Dell Financial Services, Inc | Secured | 1,405.52 | 1,405.52 |
| 3. | Capital One | Unsecured | 269.11 | 269.11 |
| 4. | Quick Payday | Unsecured | 620.00 | 620.00 |
| 5. | Sir Finance Corporation | Unsecured | 1,260.00 | 1,260.00 |
| 6. | Capital One | Unsecured | 294.47 | 294.47 |
| 7. | RoundUp Funding LLC | Unsecured | 976.86 | 976.86 |
| 8. | AmeriCash Loans, LLC | Unsecured | 1,742.21 | 1,742.21 |
| 9. | Resurgent Capital Services | Unsecured | 1,379.39 | 1,379.39 |
| 10. | Sunstar Dental/Monica-Reyna-Vukotlch | Unsecured | 3,030.36 | 3,030.36 |
| 11. | ECast Settlement Corp | Unsecured | 1,011.20 | 1,011.20 |
| 12. | Caremark | Unsecured |  | No Claim Filed |
| 13. | Childrens Memorial Hospital | Unsecured |  | No Claim Filed |
| 14. | Orchard Bank | Unsecured |  | No Claim Filed |
| 15. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 16. | Chicago Area Fed Credit Union | Unsecured |  | No Claim Filed |
| 17. | Pay Day Loan Co | Unsecured |  | No Claim Filed |
| 18. | Pay Day Advance Cash To Go | Unsecured |  | No Claim Filed |
| 19. | Resurrection Health Care | Unsecured |  | No Claim Filed |
| 20. | Pediatric Faculty Foundation I | Unsecured |  | No Claim Filed |
| 21. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 22. | Superior Air Ground | Unsecured |  | No Claim Filed |
| 23. | Superior Air Ground | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,215.12 | $ 14,215.12 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Kemba | Case Number: 06 B 00232 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 1/11/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 55.00 |
| 5% | 99.00 |
| 4.8% | 121.60 |
| 5.4% | 346.18 |
| 6.5% | 190.61 |
| 6.6% | 11.95 |
| | $ 824.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

